UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/2021

Y.S., on behalf of Y.F and S.F.,

          Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

          Defendant,

1:21-cv-00711 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

For the reasons stated on the record at the March 24, 2021 hearing on Plaintiff's motion for a preliminary injunction, and based on the Findings of Fact and Conclusions of Law contained in the Court's forthcoming Opinion,

IT IS HEREBY ORDERED that Defendant New York City Department of Education is ENJOINED AND ORDERED to, within thirty days of this order, completely implement Order No. 6 contained in the Findings of Fact and Decision, dated February 17, 2020, of Impartial Hearing Officer Laurie Lee in Case Number 183763, including by identifying, locating, and securing placement at a state-approved nonpublic school which will be capable of implementing the appropriate classroom and instruction program contained in the February 17, 2020 Decision. An opinion detailing the Court's Findings of Fact and Conclusions of Law pursuant to Federal Rules of Civil Procedure 52 and 65 will follow.

IT IS FURTHER ORDERED that the Parties submit a joint status letter on or before April 7, 2021 regarding the Parties' cooperative efforts to comply with this order.

**SO ORDERED**

Date: March 24, 2021
     New York, New York

_Mary Kay Vyskocil_
MARY KAY VYSKOCIL
United States District Judge