USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/5/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Y.S., on behalf of Y.F and S.F.,

          Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

          Defendant,

1:21-cv-00711 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

On May 5, 2021, the Court held an Initial Pretrial Conference with the Parties. This Order memorializes the issues discussed at the conference.

The Parties shall participate in the settlement sessions scheduled with Magistrate Judge Lehrburger on May 12 and May 28, 2021.

The Parties shall exchange Initial Disclosures and any other available information within 45 days of this Order. This information must be provided in addition to any information which Magistrate Judge Lehrburger orders produced in connection with the Parties' settlement conferences. This information may include initial attorney's fees calculations. However, the Parties have discussed, and the Court is informed that Defendant cannot receive settlement authority related to attorney's fees until a final number is submitted. The Court understands that will occur after resolution of the IEP implementation issues presented by Plaintiff's complaint.

The Parties must appear for a status conference on July 7, 2021 at 12:00PM. The conference will be held telephonically. To join the conference, dial 888-278-0296 and enter access code 5195844.

Plaintiff has submitted a motion for sanctions in connection with Defendant's failure to comply with the preliminary injunction entered by the Court in this action. Defendant's

opposition to that motion must be submitted by May 18, 2021.  Plaintiff's reply, if any, must be submitted by 4:00PM on May 21, 2021.

**SO ORDERED.**

**Date:  May 5, 2021**
      **New York, NY**

                                            **MARY KAY VYSKOCIL**
                                            **United States District Judge**