UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Y.S., individually and on behalf of Y.F., and S.F.,
children with disabilities,

                              Plaintiffs,

            21 CIVIL 0711 (MKV)

       -against-

            **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                              Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED, AND DECREED,** that for the reasons stated in the Honorable Mary Kay Vyskocil., United States District Judge's Opinion & Order dated August 19, 2022, Plaintiff's Motion for Attorneys' Fees and Costs is granted as described in Exhibit A to this Judgment as follows: 1) attorneys' fees in the aggregate amount of $175,398.50, 2) costs in the amount of $2,296.40, 3) post-judgment interest shall be paid at the applicable statutory rate from the date judgment is entered. The application for a declaratory judgment and pre-judgment interest is denied.  Accordingly, this case is closed.

**DATED**: New York, New York
              August 22, 2022

                                      **RUBY J. KRAJICK**
                                         Clerk of Court

                              BY: _____
                                          **Deputy Clerk**

# EXHIBIT A

| SF Administrative Proceeding | | | |
|---|---|---|---|
| Attorney Fees | | | |
| **Name** | **Hourly Rate** | **Hours Billed** | **Total** |
| Andrew Cuddy | $425 | 4.2 | $2,310.00 |
| Michael Cuddy | $425 | 5.1 | $2,805.00 |
| Benjamin Kopp | $300 | 93.6 | $28,080.00 |
| Benjamin Kopp (travel) | $150 | 10 | $2,000.00 |
| Paralegal Fees | | | |
| Allison Bunnell | $100.00 | 3.00 | $300.00 |
| Amanda Pinchak | $125.00 | 10.10 | $1262.50 |
| Khrista Smith | $100.00 | 0.60 | $60.00 |
| Cailin O'Donnell | $100.00 | 1.50 | $150.00 |
| Lilianna Keith | $100.00 | 3.30 | $330.00 |
| Shobna Cuddy | $125.00 | 3.00 | $375.00 |
| Sarah Woodard | $125.00 | 0.70 | $87.50 |
| Debra Leone | $100.00 | 0.40 | $40.00 |
| Total | $37,800.00 | | |
| 10% Reduction | $37,800 * .90 | | |
| **Grand Total of S.F. Proceeding** | **$34,020.00** | | |

| YF Administrative Proceeding | | | |
|---|---|---|---|
| **Attorney Fees** | | | |
| **Name** | **Hourly Rate** | **Hours Billed** | **Total** |
| Andrew K. Cuddy | $425.00 | 8.00 | $3,400.00 |
| Michael Cuddy | $425.00 | 3.10 | $1,317.50 |
| Jason Sterne | $425.00 | 0.80 | $340.00 |
| Benjamin Kopp | $300.00 | 140.00 | $42,000.00 |
| Benjamin Kopp (travel) | $150.00 | 10.00 | $1,500.00 |
| Kevin Mendillo | $300.00 | 0.10 | $30.00 |
| Britton Bouchard | $200.00 | 1.50 | $300.00 |
| Justin Coretti | N/A | N/A | N/A |
| **Paralegal Fees** | | | |
| Allison Bunnell | $100.00 | 0.50 | $50.00 |
| Amanda Pinchak | $125.00 | 9.70 | $1,212.50 |
| Cailin O'Donnell | $100.00 | 4.20 | $420.00 |
| Emma Bianco | $100.00 | 2.60 | $260.00 |
| John Slaski | $125.00 | 0.30 | $37.50 |
| Liliana Keith | $100.00 | 0.70 | $70.00 |
| Shobna Cuddy | $125.00 | 3.00 | $375.00 |
| Sarah Woodard | $125.00 | 0.70 | $87.50 |
| Allyson Green | $100.00 | 0.40 | $40.00 |
| | | | |
| Total | $51,440.00 | | |
| 10% Reduction | $51,440.00 *.90 | | |
| **Grand Total of Y.F. Proceeding** | $46,296.00 | | |

| Federal Proceeding | | | |
|---|---|---|---|
| Attorney Fees | | | |
| Name | Hourly Rate | Hours Billed | Total |
| Andrew K. Cuddy | $425.00 | 68.00 | $28,900.00 |
| Michael Cuddy | $425.00 | 0.80 | $340.00 |
| Benjamin Kopp | $300.00 | 213.00 | $63,900.00 |
| Kevin Mendillo | $300.00 | 0.90 | $270.00 |
| Britton Bouchard | $200.00 | 1.00 | $200.00 |
| Katherine Aquino-Melendez | $200.00 | 0.90 | $180.00 |
| Erin Murray | N/A | N/A | N/A |
| Paralegal Fees | | | |
| Allyson Green | $100.00 | 0.60 | $60.00 |
| Shobna Cuddy | $125.00 | 8.50 | $1,062.50 |
| Cailin O'Donnell | $100.00 | 1.70 | $170.00 |
| Grand Total of Federal Proceeding | $95,082.50 | | |

| Costs | | |
|---|---|---|
|  | SF Administrative Proceeding | YF Administrative Proceeding |
| Fax @ $2.00 | $0.00 | $0.00 |
| Lodging | $384.17 | $286.11 |
| Meal | $35.86 | $55.01 |
| Postage | $7.76 | $30.09 |
| Printing Cost | $191.10 | $154.80 |
| Transportation (Amtrak and MTA) | $182.00 | $212.00 |
| Total | $800.89 | $738.01 |
| Federal Costs | $757.50 | |
| Grand Total of Costs | $2,296.40 | |