UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2022
```

---

Y.S., *individually and on behalf of Y.F. and S.F.,
children with disabilities*,

                           Plaintiff,

               -against-

NEW YORK CITY DEPARTMENT OF
EDUCTATION,

                           Defendant.

---

1:21-cv-711 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

In accordance with the Second Circuit mandate [ECF No. 106], the Court is reopening

this case for potential reconsideration.  The case is stayed pending resolution of the Second

Circuit's determination of *H.C., Individually, and on behalf of J.C. a child with a disability v.

New York City Department of Education*, 21-1582 and the other tandem appeals.  Within three

(3) days of the Second Circuit's decision in that matter, the parties shall file a joint letter setting

forth their positions on whether that decision warrants reconsideration in this matter.

**SO ORDERED.**

**Date:  October 13, 2022**
**      New York, NY**                               _____
                                                      **MARY KAY VYSKOCIL**
                                                      **United States District Judge**